IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br><br>v.<br><br>MISCELLANEOUS JEWELRY;<br>　　First-Named Defendant Property,<br><br>MISCELLANEOUS FIREARMS, MAGAZINES,<br>　　AND AMMUNITION,<br>　　Second-Named Defendant Property,<br><br>MARY NGUYEN<br>　　Claimant. | :<br>:  CASE NO.: 3:22-CV-79 (CAR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CONSENT ORDER

The Parties have executed and presented to the Court a Stipulation for Compromise Settlement and Release of Claims which is attached hereto and made a part of this Order, in which they agreed that item C. of the First-Named Defendant Property described as one (1) ladies Rolex stainless steel/rose gold Oyster Perpetual Datejust 31mm, Model: 178271, Serial Number: D75PO259, shall be released to Claimant Mary Nguyen, through her counsel, and forfeiting the remaining items claimed by the Claimant to the United States as follows:

**MISCELLANEOUS JEWELRY**

　　A.　　One (1) pair of Mikimoto pearl earrings;

　　B.　　One (1) ladies 18K white gold Mikimoto pearl/diamond pendant;

    D.      One (1) Rolex stainless steel Oyster Perpetual Datejust 36mm with 10-diamond dial, Model: 16234; Serial Number: E233367;

    E.      One (1) pair of Levian 14K white gold white & chocolate diamond and aquamarine earrings; and

    F.      One (1) 18K white gold channel diamond earring.

Accordingly, the Court hereby makes the following Findings of Fact and Conclusions of Law:

    1.      The Court has jurisdiction of this matter pursuant to 28 U.S.C. ''1345 and 1355, and venue is proper pursuant to 28 U.S.C. '1395.

    2.      The United States has furnished due and legal notice of these proceedings as required by law. All persons known to the United States to have a possible interest in the items listed under the First-Named Defendant Property were sent actual notice of the Verified Complaint and Warrant for Arrest *In Rem* in this action.

    3.      Claimant filed a Claim and a Motion for Judgment on the Pleadings in this civil forfeiture action, asserting an interest in the First-Named Defendant Property with the exception of letter G. described as a Mens Rolex stainless steel Oyster Perpetual Datejust 41mm, Model: 126331, Serial Number: F724R199. No other claims, motions, or answers have been filed, and the time for filing claims and answers has now expired.

    4.      There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that the miscellaneous jewelry items claimed by Claimant listed

under the First-Named Defendant Property is subject to forfeiture in accordance with 21 U.S.C. '881(a)(6).

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest of Claimant in the following items listed under the First-Named Defendant Property is hereby forfeited to the United States:

**MISCELLANEOUS JEWELRY**

A. One (1) pair of Mikimoto pearl earrings;

B. One (1) ladies 18K white gold Mikimoto pearl/diamond pendant;

D. One (1) Rolex stainless steel Oyster Perpetual Datejust 36mm with 10-diamond dial, Model: 16234; Serial Number: E233367;

E. One (1) pair of Levian 14K white gold white & chocolate diamond and aquamarine earrings; and

F. One (1) 18K white gold channel diamond earrings;

(hereinafter referred to as the "subject property").

2. All other right, title, and interest in the subject property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

3. The United States Attorney General or his authorized designee shall dispose of the subject property in accordance with the law.

4. The Federal Bureau of Investigation shall coordinate the release of item C. listed under of the First-Named Defendant Property described as one (1) ladies Rolex

stainless steel/rose gold Oyster Perpetual Datejust 31mm, Model: 178271, Serial Number: D75PO259, to Claimant Mary Nguyen through her counsel of record, Jerome J. Froelich, Jr., Esq., McKenney and Froelich, 1360 Peachtree Street, One Midtown Plaza, Suite 910, Atlanta, Georgia 30309.

5.    Pursuant to 28 U.S.C. '2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. '2412, nor shall the person or persons who made the seizure of the First-Named Defendant Property, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the First-Named Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this 14th day of November, 2022.

          s/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA


THE ENTRY OF THE FOREGOING ORDER IS CONSENTED TO BY:

PETER D. LEARY
UNITED STATES ATTORNEY

By:   /s/ Sean S. Deitrick
     SEAN S. DEITRICK
     ASSISTANT UNITED STATES ATTORNEY
     Tennessee Bar Number: 32064
     Washington D.C. Bar Number: 1030533
     ATTORNEY FOR PLAINTIFF

_____
MAI (YNG UYEN
CLAIMANT

_____
JEROME J. FROELICH, ESQUIRE
ATTORNEY FOR CLAIMANT
GEORGIA STATE BAR NO. 278150