RECD 23 MAR 15 PM 1 2:05 MDGA MAC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, | : | CASE NO.: 3:22-CV-79 (TES) : |
| | : | |
| v. | : | |
| | : | |
| MISCELLANEOUS JEWELRY; <br> First-Named Defendant Property, | : | |
| | : | |
| MISCELLANEOUS FIREARMS, MAGAZINES, <br> AND AMMUNITION, <br> Second-Named Defendant Property. | : | |
| | : | |

DEFAULT JUDGMENT OF FORFEITURE AND FINAL ORDER
OF FORFEITURE AS TO ITEM G. LISTED UNDER THE
FIRST-NAMED DEFENDANT PROPERTY AND AS TO ALL ITEMS
LISTED UNDER THE SECOND-NAMED DEFENDANT PROPERTY

A Clerk's Entry of Default having been entered on November 10, 2022, in

the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules

of Civil Procedure, and counsel for Plaintiff having requested judgment of

forfeiture and final order of forfeiture against all claimants as to Item G. listed

under the First-Named Defendant Property and as to all items listed under the

Second-Named Defendant Property, having filed a proper Affidavit as to the

property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered as follows:  All right,

title, and interest in the following property is hereby forfeited to and vested in the

United States, which shall have clear title to this property, may warrant good title to

any subsequent transferee, and shall dispose of the property in accordance with the law:

## ITEM G. OF THE FIRST-NAMED DEFENDANT PROPERTY

G.   One (1) Mens Rolex stainless steel Oyster Perpetual Datejust 41mm, Model: 126331, Serial Number: F724R199.

## SECOND-NAMED DEFENDANT PROPERTY

A.   One (1) Remington, Model: 700, 30-06 caliber rifle, Serial Number: E6409052;

B.   One (1) High Standard, .22 caliber Derringer, Serial Number: D76167;

C.   One (1) Winchester, 12 gauge shotgun upper, Serial Number: L3534333;

D.   One (1) Glock, Model: 19X, 9mm pistol, Serial Number: BRRD876;

E.   One (1) Marlin, Model: 60, .22 caliber rifle, Serial Number: 93435329;

F.   One (1) black rifle upper;

G.   One (1) Smith & Wesson, Model: 19, .357 caliber revolver, Serial Number: ADH0909;

H.   One (1) Zastava, Model: PAP M92PV, 7.62 caliber pistol, Serial Number: M92PV000438;

I.   One (1) Browning, Model: A-Bolt, .308 caliber rifle, Serial Number: 78986MV351;

J.   One (1) Zastava, Model: M75, 12 gauge shotgun, Serial Number: 19430V;

K.   One (1) Glock, Model: 19X, 9mm pistol, Serial Number: BRRA118;

L.   Smith & Wesson, Model: 36, .38 revolver, Serial Number: BFP1077;

M.   One (1) Cobra Enterprises, Model: CLB9, 9mm derringer, Serial Number: D142944;

N.   One (1) Smith & Wesson, Model: M&P 40, .40 caliber pistol, Serial Number: HSM1973;

O.   Three (3) rounds of 30-06 caliber ammunition;

P.   Eight (8) auto rounds of .32 caliber ammunition;

Q.   Four (4) special rounds of .44 S&W caliber ammunition;

R.   Fourteen (14) rounds of .357 caliber ammunition;

S.   Twenty (20) rounds of 50 AE caliber ammunition;

T.   One (1) round of 50 caliber ammunition;

U.   Six (6) rifle magazines;

V.   Ten (10) pistol magazines;

W.   One (1) brown magazine;

X.   One (1) gray magazine;

Y.   Thirty (30) rounds of .223 caliber ammunition;

Z.   One (1) black magazine;

AA.   Twenty-seven (27) rounds of 7.62x39 caliber ammunition;

BB.   One (1) black rifle magazine;

3

CC.  Three (3) black pistol magazines;

DD.  Four (4) brown pistol magazines;

EE.  One (1) silver pistol magazine;

FF.  One (1) black pistol magazine;

GG.  Four (4) rounds of .45 caliber ammunition;

HH.  One (1) black pistol magazine;

II.  Six (6) rounds of .40 caliber ammunition;

JJ.  One (1) magazine;

KK.  Seventeen (17) rounds of 9mm ammunition; and

LL.  Sixteen (16) rounds of .380 caliber ammunition. Dated

this ___15___ day of ___March___, 2023.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Sean S. Deitrick*
SEAN S. DEITRICK
Assistant United States Attorney
Tennessee Bar Number: 32064
Washington D.C. Bar Number: 1030533

4